General Complaint



**FILED**

AUG 1 5 2022

Clerk, U.S. District Court
Eastern District of Texas

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

Nicole A. Howell

_____

Case Number : 4:22CV 702

ALM/KPJ

List the full name of each plaintiff in this action.

VS.

Justice Court 3-1 of Plano

_____

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.      ATTEMPT TO SECURE COUNSEL:

Please answer the following concerning your attempt to secure counsel.

A.      In the preparation of this suit, I have attempted to secure the aid of an
        attorney as follows: (circle one)

        1.    Employ Counsel
        2.    Court - Appointed Counsel
        3.    Lawyer Referral Service of the State Bar of Texas,
              P. O. Box 12487, Austin, Texas 78711.

B.      List the name(s) and address(es) of the attorney(s):

        _____

        _____

        _____

C.  Results of the conference with counsel:

That I needed to seek Civil Rights Counsel but the Attorney's I spoke with did not practice Civil Rights as a Specialty

II.  List previous lawsuits:

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action or any other incidents?    _✓_Yes    _____No

B.  If your answer to "A" is "yes", describe the lawsuit in the space below.
If there is more than one lawsuit, attach a separate piece of paper describing each.

1.  Approximate file date of lawsuit: July 27, 2022

2.  Parties to previous lawsuit(s):

Plaintiff Nicole Howell

Defendant Justice Court 3-1 of Collin County

Attach a separate piece of paper for additional plaintiffs or defendants.

3.  Identify the court the lawsuit was filed. If federal, name the district. If state, name the county.

United States District Court for the Northern District of Texas

4.  Docket number in other court. 3-22CV1632-X

5.  Name of judge to whom the case was assigned.
Irma Carrillo Ramirez

6.  Disposition: Was the case dismissed, appealed or still pending?
Dismissed, Improper Venue

7.  Approximate date of disposition. 7/29/2022 / 4:23:49

III.    Parties to this suit:

A.    List the full name and address of each plaintiff:

Pla #1 Nicole Ann Hazell (Leverett)

Pla #2

B.    List the full name of each defendant, their official position, place of employment and full mailing address.

Dft #1: Justice Court 3-1 of Collin County

Dft #2:

Dft #3

Attach a separate sheet for additional parties.

IV:    Statement of Claim:

State as briefly as possible the fact of your case.  Describe how each defendant is involved.  Include the names of other persons involved with dates and places.  Do not give any legal arguments or cite cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Use as much space as you need, attaching additional pages if necessary.

I was picked up on an illegal mental Health Warrant signed by a judge from the Justice Cort 3-1 of Collin County. There was no evidence that I was a harm to myself or anyone else and I had no mental health history what-so-ever. I was told I was being arrested but I was taken to a mental hospital where I never saw the Judge within 72 hours, I never received my Cort appointed attorney. No one ever followed up. I was held for 6 months total. I was at 4 hospitals and received over a million dollars of debt. All of my civil rights were violated and when I brought this to the Courts attention they continued to issue 5 more mental health warrants and charge me even more debt instead of fixing it.

V.    Relief: State Briefly exactly what you want the court to do for you. Make no legal arguments and do not cite cases or statutes. Attach additional pages if necessary.

I am suing for finiancial relief and mental relief. I would like to keep this from happening to anyone else. For one I am trying to expunge my mental health record and fix my credit which is now destroyed. I have had to explain all of this to the medical professionals elsewhere and all of this has taken up so much time and attention

Signed this _____15th_____ day of ____August_____ , 20_22___ .
                                                      (Month)                              (Year)

Nicole Howell
929 N Marsalis Ave #204
Dallas, TX 75203

I declare (certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on: ___Aug 15th 2022_____
                              Date

_____
Signature of each plaintiff