# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| **NICOLE A. HOWELL,**<br><br>    Plaintiff,<br><br>v.<br><br>**JUSTICE COURT 3-1 OF COLLIN COUNTY,**<br><br>    Defendant. | § § § § § § § § § § § §    Civil Action No. 4:22-cv-702-ALM-KPJ |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On June 16, 2023, the Magistrate Judge entered a report and recommendation (Dkt. #17) that Defendant Justice Court 3-1 of Collin County's Motion to Dismiss (Dkt. #11) be granted and Plaintiff Nicole A. Howell's claims be dismissed with prejudice.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

Accordingly, it is hereby **ORDERED, ADJUDGED, AND DECREED** that Plaintiff's claims in this action against Defendant are **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED.

SIGNED this 18th day of July, 2023.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE